**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PRATIK MOHAPATRA,**<br><br>      **Plaintiff(s),**<br><br>      vs.<br><br>**LEGACY PARTNERS, INC.,**<br><br>      **Defendant(s).** | **Case No.: 12-CV-00515 YGR**<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, the August 6, 2012 Case Management Conference is hereby **VACATED**. A compliance hearing shall be held on Friday, **October 5, 2012** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

    Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

    Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

    **IT IS SO ORDERED**.

Dated: August 3, 2012

                                                               _____<br>
                                                               **YVONNE GONZALEZ ROGERS**<br>
                                                               **UNITED STATES DISTRICT COURT JUDGE**